# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LEVEL HEATING AND AIR CONDITIONING COMPANY, et al. | * |
| | * |
| Plaintiffs, | * |
| v. | Case No. 1:20-cv-03154-CCB |
| | * |
| PATRIOT CONSTRUCTION, LLC, et al. | * |
| Defendants. | * |
| | * |

* * * * * * * * * * * * *

## ORDER

**UPON CONSIDERATION** of Defendants' Motion to Dismiss Plaintiffs' Complaint, and any response thereto, it is this _____ day of _____, 2021, by the United States District Court for the District of Maryland, hereby:

**ORDERED**, that Defendants' Motion is **GRANTED**; and it is further,

**ORDERED**, that Plaintiffs' Complaint is **DISMISSED WITH PREJUDICE**.

_____
JUDGE
United States District Court for
  the District of Maryland